

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| v. | : | |
| INNOVATIVE CONCEPTS CORPORATION | : | NO. 13-937 |

### ORDER

**AND NOW**, this 16th day of July, 2014, upon consideration of the Motion of Plaintiff QVC, Inc. for "Summary Judgment Pursuant to Fed. R. Civ. P. 56 on Counts I and III of the Amended Complaint and Count I of Defendant's Amended Counterclaim" (Docket No. 37), the Amended Motion of Defendant Innovative Concepts Corporation ("ICC") for Summary Judgment on Counts I-IV of QVC's Amended Complaint and Count I of ICC's Amended Counterclaim (Docket No. 39), all documents filed in connection with the two Motions, and the hearing held on June 12, 2014, and for the reasons stated in the accompany Memorandum, **IT IS HEREBY ORDERED** that both Motions for Summary Judgment are **DENIED** in their entirety.

BY THE COURT:

_____
John R. Padova, J.

ENTERED
JUL 16 2014
CLERK OF COURT

FILED
JUL 16 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

xc: Legal